## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

                                    Plaintiff,

        vs.

Claudia Patricia Rivera (2),

                                    Defendant.

Case No. 26-cr-01525-JAH

JUDGMENT OF DISMISSAL

FILED

JUL 0 9 2026

Clerk, U.S. District Court
Southern District of California

By _____ Deputy

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

☐   an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

☐   the Court has dismissed the case for unnecessary delay; or

☒   the Court has granted the motion of the Government for dismissal, without prejudice; or

☐   the Court has granted the motion of the defendant for a judgment of acquittal; or

☐   a jury has been waived, and the Court has found the defendant not guilty; or

☐   the jury has returned its verdict, finding the defendant not guilty;

☒   of the offense(s) as charged in the Indictment/Information:

     21:952, 960 - Importation of Cocaine (Felony)(1)

     _____

     _____

Dated:  6/9/2026

_Michelle M. Pettit_
Hon. Michelle M. Pettit
United States District Judge